In the Matter of PEROSI HOMES, INC., Respondent, v. ALBERT V. MANISCALCO, as Borough President of the Borough of Richmond, et al., Appellants.—

No questions of fact were considered. The Richmond Borough Superintendent of the Department of Buildings of the City of New York had denied petitioner's applications for the issuance of the building permits. Petitioner thereupon instituted this proceeding without first appealing to the Board of Standards and Appeals for a review of the Building Superintendent's decision denying its applications. As petitioner failed to first exhaust its administrative remedies, the order directing issuance of the permits was improperly granted (*Matter of Towers Management Corp.* v. *Thatcher*, 271 N. Y. 94; *Matter of Scarsdale-Harney Corp.* v. *Briante*, 11 A D 2d 777). Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

In the Matter of BERTHA PLOTINSKY et al., Petitioners, v. JOHN J. GARDNER et al., Constituting the Board of Appeals on Zoning of the City of New Rochelle, Respondents, and SIGMUND ORDINSKY et al., Intervenors-Respondents.—

Neither the question of fact nor the board's findings of fact have been considered. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.